**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                  NO. 4:15-CR-00200-4 KGB

JAMES B. MARTIN

### ORDER

Pending before the Court is a motion for issuance of a summons and revocation of pretrial release (d.e. #40). For good cause shown, the motion for issuance of a summons is **GRANTED**. The Clerk is directed to issue a summons to Defendant James B. Martin for appearance at a hearing before United States Magistrate Judge J. Thomas Ray on November 18, 2015, at 12:00 p.m., to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 17th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE